

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/20



Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

August 31, 2020

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *Hollender v. Equifax Information Services, LLC,*
No. 1:20-cv-05100-GHW

Dear Judge Woods:

We represent plaintiff Moses Hollender (Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the telephone conference currently scheduled for Thursday, September 10, 2020 at 11:00 a.m.

All the parties in this action have been served and affidavits of service were filed on August 19, 2020. The parties' answers are all due on September 8, 2020. Accordingly, Plaintiff respectfully request an adjournment of the September 10th conference until after the parties' answers are due.

We thank the Court for its time and consideration of the above request.

Respectfully submitted,
 */s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application denied. The initial pretrial conference will be held as planned on September 10, 2020. The Court notes that September 10, 2020 is after the date on which counsel asserts that the defendants' answers are due.

SO ORDERED.

Dated: August 31, 2020
New York, New York

GREGORY H. WOODS
United States District Judge