USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   MOSES HOLLENDER,                    :
                                                    :
                                 Plaintiff,    :
              -against-                    :               1:20-cv-05100-GHW
                                                    :
   AMERICAN EXPRESS NATIONAL BANK,  :               ORDER
                                                    :
                               Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On September 11, 2020, the Court held an initial pretrial conference. For the reasons stated on the record, this case is stayed through October 12, 2020. The deadline for Defendant to answer or otherwise respond to the Complaint is extended to October 23, 2020. The Court will hold a status conference on November 2, 2020 at 4:00 p.m. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(c).

      SO ORDERED.

Dated: September 12, 2020                           _____
New York, New York                                     GREGORY H. WOODS
                                                       United States District Judge