```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

MOSES HOLLENDER,                            :       Case No. 1:20-cv-05100-GHW

                    Plaintiff,                        :

vs.                                            :       **STIPULATION TO DISMISS**

EQUIFAX INFORMATION SERVICES, LLC,       :
EXPERIAN INFORMATION SOLUTIONS, INC.,    :
TRANS UNION, LLC, AMERICAN EXPRESS        :
NATIONAL BANK, FIFTH THIRD BANK, N.A.,    :
f/k/a MB FINANCIAL BANK,                         :       **MEMORANDUM ENDORSED**

                   Defendants.                  :

-------------------------------------------------------------- X

       WHEREAS, defendant American Express National Bank ("American Express") has demanded that plaintiff Moses Hollender ("Plaintiff") arbitrate his claim against American Express in accordance with the operative arbitration agreement contained in Plaintiff's American Express Cardmember Agreement;

       WHEREAS, Plaintiff has agreed to submit his claim against American Express to arbitration;

       WHEREAS, the parties request a dismissal of this action pending the conclusion of arbitration; and

       WHEREAS, the parties request they be provided with 120 days to reopen this action after the issuance of a final award in arbitration;

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and American Express, through their respective counsel, that: (1) all of Plaintiff's claims against American Express in this action shall be arbitrated pursuant to the written agreement to arbitrate between Plaintiff and American Express; (2) this matter is dismissed pending the conclusion of arbitration; and (3) the parties shall have 120 days from the issuance of a final award in arbitration to reopen this matter.

Dated:  New York, New York
         October 21, 2020                     STROOCK & STROOCK & LAVAN LLP

                                                 By:_____
                                                         Raymond A. Garcia

MIA 31475776

180 Maiden Lane
New York, New York 10038
Phone: (212) 806-5400
Fax:    (212) 806-2680

Attorneys for Defendant
  AMERICAN EXPRESS NATIONAL BANK

Dated: New York, New York
       October 21, 2020

COHEN & MIZRAHI LLP

By:_____
    Edward Y. Kroub

300 Cadman Plaza W., 12th Floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:    (929) 575-4195

Attorneys for Plaintiff
  MOSES HOLLENDER

On October 27, 2020, the Court held a conference regarding the terms of this stipulation. The parties stated on the record that they ceded the request in clause three of this stipulation that "the parties shall have 120 days from the issuance of a final award in arbitration to reopen this matter." As a result, the Court does not endorse that provision of this stipulation. The parties have stipulated to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 28, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge

-2-